UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-04521-RGK-KS | Date | April 6, 2020 |
|---|---|---|---|
| Title | *Anna Kihagi et al v. Umpqua Bank* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE

On March 9, 2020 this Court ordered Plaintiffs Anna Kihagi and Renko Prop. LLC (collectively "Plaintiffs") to appear in court on March 23, 2020 at 9:00 a.m. Plaintiffs failed to do so.

On March 23, the Court granted Plaintiffs' Counsel's motion to be relieved. The Court also issued an Order stating that it would dismiss this case for failure to prosecute on April 6, 2020 unless Plaintiffs showed cause in writing why it should not do so prior to that date. (ECF No. 47.)

As Plaintiffs have made no such showing by the relevant date, this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | VRV |